# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHARLES J. BETTERS, BET-TECH INTERNATIONAL, INC., C.J. BETTERS CORPORATION, C.J. BETTERS REAL ESTATE CORPORATION, BETTERS REAL ESTATE HOLDINGS, L.P., BARCLAY HILLS BUILDERS, LLC., VILLAGE SHOPS I, L.P., VILLAGE SHOPS II, L.P., ALIQUIPPA TIN MILL, L.P., MIDLAND L.P., BRODHEAD NORTH ASSOCIATES, L.P.

v.

BEAVER COUNTY AND TONY AMADIO, DANIEL C. CAMP III, AND SANDIE EGLEY, BEAVER COUNTY COMMISSIONERS, AND KEVIN J. MCILWAIN, CHIEF ASSESSOR GREENE TOWNSHIP BOARD OF SUPERVISORS, HOPEWELL TOWNSHIP BOARD OF COMMISSIONERS, AND POTTER TOWNSHIP BOARD OF SUPERVISORS

PETITION OF: BEAVER COUNTY AND TONY AMADIO, DANIEL C. CAMP III AND SANDIE EGLEY, BEAVER COUNTY COMMISSIONERS, AND KEVIN J. MCILWAIN, CHIEF ASSESSOR

No. 17 WAL 2019

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.